**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 76.233.254.89**

**ISP:** AT&T U-verse
**Physical Location:** Euless, TX

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/11/2019 15:40:06 | B5B133C7D06B52814BF7703D081C44603B83248C | Fifty Shades of Kate |
| 05/07/2019 04:47:00 | 9665997EA05433E691B0F06009D38D72791CE0A5 | Cindy Sauna Sex |
| 01/15/2019 22:37:54 | FB84F005B198570DEBC57B02B615249FA6C669E2 | Fashion Show Fucking |
| 01/15/2019 22:26:14 | BB8A65BBAE1F6002EEF27D32B1F06F71816E3F4B | In Love or Lust |
| 01/15/2019 04:21:32 | DED248271B07CCA16295C100EEE763AE7F9D97E5 | Stunning Blondes 21st Birthday Sex Celebration |
| 10/26/2018 22:34:07 | 9AB8F6168FEFC9833951CAA3FD19353644350874 | California Couple Cumming in Malibu |
| 10/22/2018 03:03:04 | CE95CDF89EE9FE9BE95C6915A4EC51A599FC65A9 | Hot Fucking with Sexy Sybil and Jake |
| 10/10/2018 03:30:58 | 0F30BF36DF69D3A348B65B8CEA41B07267DB49B0 | 18 Year Old Models First Time Threesome |
| 09/25/2018 03:16:16 | B0568AF726BB427E985A22547A58E850DA404BD8 | Surprise Sex For Three |
| 10/10/2017 16:21:08 | 9A90BB3B08FBC81CF4CB979FCFB35A4FE35A755B | Sex For Three By The Sea |

**Total Statutory Claims Against Defendant: 10**